Stanley STEWART, Jr., Appellant,

v.

STATE of Texas, Appellee.

No. 31263.

Court of Criminal Appeals of Texas.

Jan. 6, 1960.

amined by a chemist, who testified that the capsules contained a derivative of barbituric acid.

The facts are deemed sufficient to warrant the conviction.

The judgment is affirmed.

Uriel JACKSON, Appellant,

v.

STATE of Texas, Appellee.

No. 31315.

Court of Criminal Appeals of Texas.

Jan. 6, 1960.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction for the unlawful possession of barbiturates, with punishment assessed at confinement in jail for a term of two years.

There was found upon appellant's person a prescription box containing capsules, some of which were yellow in color and others red in color.

The contents of a yellow and a red capsule taken from the container were ex-